FILED BY _____ D.C.

Nov 15, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20765-CR-WILLIAMS/TORRES**

18 U.S.C. § 371
18 U.S.C. § 1708
18 U.S.C. § 982(a)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**XAVIER SUAREZ FIGUERAS and**
**DANIEL IGLESIAS DIAZ,**

   **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit an Offense against the United States
### (18 U.S.C. § 371)

Beginning on or about September 21, 2019, and continuing through on or about September

23, 2019, in Miami-Dade County, in the Southern District of Florida, the defendants,

### XAVIER SUAREZ FIGUERAS and
### DANIEL IGLESIAS DIAZ,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury to commit an offense against the United

States, that is, to knowingly steal, take, and abstract any letter and mail and any article and thing

contained therein from and out of a letter box, mail receptacle, and other authorized depository for

mail matter, in violation of Title 18, United States Code, Section 1708.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by stealing letters and mail intended for others from mail receptacles for their personal use and benefit.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in Miami-Dade County, in the Southern District of Florida, at least one of the following overt acts, among others:

1.      On or about September 21, 2019, **XAVIER SUAREZ FIGUERAS** provided the vehicle used to drive to the residence at 10111 NW 129 Terrace, Hialeah Gardens, Florida

2.      On or about September 21, 2019, **DANIEL IGLESIAS DIAZ** drove **XAVIER SUAREZ FIGUERAS** to the residence at 10111 NW 129 Terrace, Hialeah Gardens, Florida.

3.      On or about September 23, 2019, **DANIEL IGLESIAS DIAZ** drove **XAVIER SUAREZ FIGUERAS** around the area of NW 103 Avenue and NW 128 Terrace, Hialeah Gardens, Florida.

4.      On or about September 23, 2019, **XAVIER SUAREZ FIGUERAS** concealed numerous pieces of stolen mail in a backpack.

All in violation of Title 18, Unites States Code, Section 371.

**COUNTS 2-5**
**Possession of Stolen Mail**
**(18 U.S.C. § 1708)**

On or about September 23, 2019, in Miami-Dade County, in the Southern District of Florida, the defendants,

**XAVIER SUAREZ FIGUERAS and**
**DANIEL IGLESIAS DIAZ,**

did unlawfully possess any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from a letter box, mail receptacle, and other authorized depository for mail matter, knowing said mail to have been stolen, taken, and abstracted from an authorized depository for mail matter as specified below:

| Count | Description of Mail |
|-------|---------------------|
| 2 | Bank of America letter addressed to "G.M." dated September 4, 2019. |
| 3 | CareCredit letter to "G.M." containing one credit card ending in #4488. |
| 4 | Bank of America letter addressed to "M.G.H." |
| 5 | BankAmericard letter addressed to "E.D.G." |

In violation of Title 18, United States Code, Sections 1708 and 2.

**FORFEITURE ALLEGATIONS**

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **XAVIER SUAREZ FIGUERAS** and **DANIEL IGLESIAS DIAZ**, have an interest.

2.      Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 1708, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) as made applicable by Title 28, United States Code, Section 2461(c).

3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DAYRON SILVERIO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

XAVIER SUAREZ FIGUERAS and
DANIEL IGLESIAS DIAZ,

_____ Defendants _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | Yes | No |
|---|---|---|---|
| New defendant(s) | | _____ | _____ |
| Number of new defendants | | _____ | |
| Total number of counts | | _____ | |

**Court Division:** (Select One)

| ✓ | Miami | | Key West |
|---|---|---|---|
| | FTL | | WPB | FTP |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | ✓ | |
| V | 61 days and over | | | | |

6. Has this case previously been filed in this District Court?     (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes _____    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes _____    No ✓

_____
Dayron Silverio
Assistant United States Attorney
Florida Bar No. 112174

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Name:**  Xavier Suarez Figueras

**Case No:**

Count #: 1

Conspiracy to Commit Offense against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** Five Years' Imprisonment

Counts #: 2-5

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty:** Five Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Name:**  Daniel Iglesias Diaz

**Case No:**

Count #: 1

Conspiracy to Commit Offense against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** Five Years' Imprisonment

Counts #: 2-5

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty:** Five Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**